# EXHIBIT 1

# EXHIBIT 1

**reviewjournal.com** 

Powered by Clickability

Jul. 19, 2010
Copyright © Las Vegas Review-Journal

## Nevadans agree with court on gun ownership

By KRISTI JOURDAN
LAS VEGAS REVIEW-JOURNAL

In a place where gun ranges advertise assault rifles and machine guns on billboards and taxicab doors, it's clear Nevadans like their guns.

Almost four in five registered voters questioned in a poll taken for the Las Vegas Review-Journal and KLAS-TV, Channel 8, said they agree with a recent U.S. Supreme Court decision that gun ownership is a fundamental right for all law-abiding citizens. Fifteen percent said they disagreed with the ruling and 6 percent were unsure.

Among Republicans, 93 percent agreed with the ruling; among independents, it was 82 percent; and 64 percent among Democrats.

More men, 84 percent, than women, 74 percent, said they agreed that the Second Amendment ruling was right.

A total of 625 registered voters statewide participated in the two-day telephone poll from July 12-14. All said they vote regularly in state elections.

David Damore, a political science professor at the University of Nevada, Las Vegas, said gun control issues have faded to the background as more pressing economic and political matters have taken the spotlight.

"The Democrats just gave up" on gun control, Damore said. "At the end of the day, Nevada prides itself on libertarianism, and no politicians will risk it."

Maggie McLetchie, a staff attorney for the American Civil Liberties Union of Nevada, said her organization supports an individual's right to bear arms.

"The Nevada Constitution has long been more expansive than federal provisions," McLetchie said. "The state constitution protects an individual's right, and it's reflective of Nevadans who value civil liberties."

Bob Irwin, owner of The Gun Store, said the polling results are not surprising because the Founding Fathers "made their intent clear in the Constitution."

"You're dealing with guys who had just finished throwing off a British tyranny with guns. If they hadn't, we'd be counting our change in shillings and speaking with British accents," Irwin said.

"If you don't have a right to a gun, you don't have the right to defend your own life. You have a basic right to survive and to protect yourself and your family from criminals."

It's tough to find organized groups in Nevada who disagree with the high court ruling. The nationwide Brady Campaign to Prevent Gun Violence doesn't have a local chapter or contact listed on its website.

"The Supreme Court ruling is a disappointment," said Patti Koltnow, executive director of Women Against Gun Violence, which is based in Los Angeles. "We know that increasing handgun ownership increases the likelihood of homicides, murders and unintentional shootings. Statistics prove that over and over again.

"Some people think that having a gun makes them safer, but that's been proven not to be the case."

Contact Kristi Jourdan at kjourdan@reviewjournal.com or 702-383-0279.

**Find this article at:**
http://www.lvrj.com/news/nevadans-agree-with-court-on-gun-ownership-98730109.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2


THE FIRING LINE

## Nevadans agree with court on gun ownership

Uploaded on July 21, 2010
http://www.lvrj.com/news/nevadans-agree-with-court-on-gun-ownership-98730109.html?ref=109

Nevadans agree with court on gun ownership

By KRISTI JOURDAN
LAS VEGAS REVIEW-JOURNAL
More Info

* Opinion Polls

(click image to enlarge)
LAS VEGAS REVIEW-JOURNAL and KLAS-TV, CHANNEL 8

In a place where gun ranges advertise assault rifles and machine guns on billboards and taxicab doors, it's clear Nevadans like their guns.

Almost four in five registered voters questioned in a poll taken for the Las Vegas Review-Journal and KLAS-TV, Channel 8, said they agree with a recent U.S. Supreme Court decision that gun ownership is a fundamental right for all law-abiding citizens. Fifteen percent said they disagreed with the ruling and 6 percent were unsure.

Most Popular Stories

1. Police arrest man accused of robbing casino, stealing two vehicles
2. Two children found dead after Lake Mead trailer fire
3. Man shot, wounded by Las Vegas police ID'd
4. Las Vegas binge turns into huge hit for Ke$ha
5. Woman's body found in wash in southeast valley
6. Clark County officials to look at replacing airport's firefighting team.
7. Police officers involved in Thursday shooting identified
8. Motorcyclist killed in hit-and-run ID'd
9. Protesters against transgendered, gay discrimination block Strip
10. Commissioners vote to require new Clark County workers to live in the county

Among Republicans, 93 percent agreed with the ruling; among independents, it was 82 percent; and 64 percent among Democrats.

More men, 84 percent, than women, 74 percent, said they agreed that the Second Amendment ruling was right.

A total of 625 registered voters statewide participated in the two-day telephone poll from July 12-14. All said they vote regularly in state elections.

David Damore, a political science professor at the University of Nevada, Las Vegas, said gun control issues have faded to the background as more pressing economic and political matters have taken the spotlight.

"The Democrats just gave up" on gun control, Damore said. "At the end of the day, Nevada prides itself on libertarianism, and no politicians will risk it."

Maggie McLetchie, a staff attorney for the American Civil Liberties Union of Nevada, said her organization supports an individual's right to bear arms.

"The Nevada Constitution has long been more expansive than federal provisions," McLetchie said. "The state constitution protects an individual's right, and it's reflective of Nevadans who value civil liberties."

Bob Irwin, owner of The Gun Store, said the polling results are not surprising because the Founding Fathers "made their intent clear in the Constitution."

"You're dealing with guys who had just finished throwing off a British tyranny with guns. If they hadn't, we'd be counting our change in shillings and speaking with British accents," Irwin said.

"If you don't have a right to a gun, you don't have the right to defend your own life. You have a basic right to survive and to protect yourself and your family from criminals."

It's tough to find organized groups in Nevada who disagree with the high court ruling. The nationwide Brady Campaign to Prevent Gun Violence doesn't have a local

chapter or contact listed on its website.

"The Supreme Court ruling is a disappointment," said Patti Koltnow, executive director of Women Against Gun Violence, which is based in Los Angeles. "We know that increasing handgun ownership increases the likelihood of homicides, murders and unintentional shootings. Statistics prove that over and over again.

"Some people think that having a gun makes them safer, but that's been proven not to be the case."

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

## Title
**Title of Work:** Nevadans agree with court on gun ownership

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** July 19, 2010  **Nation of 1st Publication:** United States

## Author
- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com   **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 9, 2010

**Applicant's Tracking Number:** 0002069

Registration #:

Service Request #:   1-484453963

Application Date:   09-09-2010 21:13:52

## Correspondent

Organization Name:   Righthaven LLC
Name:   Steven A. Gibson
Address:   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701   United States

# EXHIBIT 4

# EXHIBIT 4

# The Firing Line

- Login to post a new topic.

| Topic | Replies | Created | Last reply |
|---|---|---|---|
| HEY KANSAS! | 0 | 5 weeks 1 hour ago by Clay Cooper | n/a |
| coyote aftermath | 8 | 1 year 2 weeks ago by jtboles | 5 weeks 23 hours ago by Skeeb |
| .338 lapua or .50 bmg | 7 | 31 weeks 5 days ago by ARhunter | 5 weeks 3 days ago by Clay Cooper |
| 1971 Marlin 444S Lever Action Rifle | 0 | 5 weeks 3 days ago by bigbrian425 | n/a |
| Left-handed 30-06 choices | 7 | 6 weeks 5 days ago by motojosh | 6 weeks 1 hour ago by Beekeeper |
| Long Range .22lr Shooting | 5 | 9 weeks 22 hours ago by lovetohunt | 6 weeks 22 hours ago by Clay Cooper |
| new handgun owners, shooters | 12 | 6 weeks 5 days ago by 007 | 6 weeks 1 day ago by Moishe |
| Distraught man gets guns back with the Help of the ACLU. | 3 | 7 weeks 2 days ago by gibr22 | 6 weeks 1 day ago by shane |
| browning a bolt 25-06 | 7 | 31 weeks 6 days ago by jon 14 | 6 weeks 1 day ago by Moishe |
| .243 briliance or madness | 43 | 41 weeks 5 days ago by bighunter | 6 weeks 1 day ago by Moishe |
| New York: Weapons ban removed from Ogdensburg city policy | 4 | 8 weeks 4 days ago by Clay Cooper | 6 weeks 3 days ago by Treestand |
| Best Elk Rifle? | 93 | 1 year 35 weeks ago by Rick | 6 weeks 5 days ago by motojosh |
| Winchester XP3 Bullets | 0 | 7 weeks 8 hours ago by spark30 | n/a |
| Petzal: Five in One (Hole*, That Is) FOOD FOR THOUGHT! | 20 | 9 weeks 6 days ago by Clay Cooper | 7 weeks 1 day ago by machinegunner |
| What bullet to use for Montana Whitetail trip | 11 | 8 weeks 4 days ago by leoorl | 7 weeks 1 day ago by leoorl |
| Nevadans agree with court on gun ownership | 0 | 7 weeks 5 days ago by Clay Cooper | n/a |
| Doctors Versus Guns | 10 | 26 weeks 3 days ago by DakotaMan | 7 weeks 6 days ago by MPN |
| old shotgun | 6 | 8 weeks 4 days ago by 264 winmag | 7 weeks 6 days ago by BuckMaster4 |
| old tradional muzzelloaders or the new inlines | 10 | 38 weeks 21 hours ago by shermanator | 7 weeks 6 days ago by 007 |
| This is why I put 2 pieces 90 degrees of each other of electrical tape over my muzzle! | 11 | 12 weeks 3 days ago by Clay Cooper | 8 weeks 2 days ago by Clay Cooper |
| Duratouch | 0 | 8 weeks 5 days ago by Squash11 | n/a |
| H&R 22's | 0 | 8 weeks 5 days ago by cmikles1 | n/a |
| what do you think | 4 | 40 weeks 3 days ago by mosinman123 | 8 weeks 6 days ago by countitandone |
| Shotgun Reloads | 3 | 9 weeks 2 days ago by bshagopian | 9 weeks 5 hours ago by FirstBubba |
| Sabots only in a Muzzle Loader are lethal!! | 2 | 9 weeks 3 days ago by Clay Cooper | 9 weeks 18 hours ago by whitetailfreek |

Page 3 of 15    « first   ‹ previous   1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | …   next ›   last »